1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO, | Case No. 1:21-cv-01537-DAD-HBK |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| WASHINGTON, DC, *et al.*, | (Doc. No. 2) |
| Defendants. | ORDER TO SUBMIT COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN TWENTY-ONE (21) DAYS |

Plaintiff initiated this action by filing a *pro se* Civil Rights Complaint By a Prisoner form[1] om action pursuant to 42 U.S.C. § 1983 on October 18, 2021. (Doc. No. 1). Concurrent with the complaint, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2). The application to proceed *in forma pauperis* is deficient because it was not completed but was left blank and was unsigned. (*Id.*). Each motion or pleading filed with this Court must include the original signature of the filing party or parties. Local Rule 131(b); Fed. R. Civ. P. 11(a). Further, an affidavit of indigency must be signed under penalty of perjury.

---

[1] Plaintiff's complaint was filed using the prison form but the listed address does not match any state prisons. (Doc. No. 1 at 1).

1

*Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 205 (1993) ("The perjury sanction thus serves to protect the public against misuse of public funds by a litigant with adequate funds of his own, and against the filing of "frivolous or malicious" lawsuits funded from the public purse."); 28 U.S.C. § 1915(a), (c).

Accordingly, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice.

2. Within twenty-one (21) days of receipt of this order, Plaintiff shall fully complete, sign and re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $402.00 filing fee for this action. **Failure to comply with this order will result in a recommendation that the court dismiss this action for plaintiff's failure to comply with court order and/or prosecute this action**.

3. The Clerk of Court is directed to provide Plaintiff a copy of the Court's *in forma pauperis* application form.

Dated:     October 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2